UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 18-13229-JKF-13

Margaret A. McCluskey                                                                                        Chapter 13
     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-13229-JKF-13

Margaret A. McCluskey  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 13, 2018 :

| | |
|---|---|
| PATRICIA M. MAYER<br>301 Oxford Valley Road, Suite 203B<br>Yardley, PA 19067 | Frederick L. Reigle<br>2901 Saint Lawrence Avenue   Reading, PA 19606 |

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx21346 / 957175