UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    Margaret A. McCluskey, | :   Chapter 13 |
|        Debtor. | : |
| | :   Bankruptcy No. 18-13229jkf |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses together with said Application dated July 31, 2018 was served via electronic means or first class United States mail, postage prepaid, on July 31, 2018 the following:

Margaret A. McCluskey
1801 Meadowbrook Road
Feasterville-Trevose, PA 19053

Office of the United States Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19106

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses dated July 31, 2018 was served via electronic means or via first class United States mail, postage prepaid, on July 31, 2018 to the creditors listed on the matrix.

                                         /s/ Patricia M. Mayer
                                        Patricia M. Mayer, Esquire
                                        WATERMAN & MAYER, LLP
                                        301 Oxford Valley Road, Suite 203B
                                        Yardley, PA 19067
                                        215-493-4300
                                        Counsel for Debtor