UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Margaret A. McCluskey,           :       Chapter 13
        Debtor.                       :
                                                    :       Bankruptcy No. 18-13229jkf

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $3,500.00, of which $2,000.00 has been paid, and reimbursement of $141.15 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $1641.15 to Patricia M. Mayer, Esquire in accordance with the terms of the confirmed plan.

**Date: March 4, 2019**

                                          Ashely M. Chan, Judge
                                          United States Bankruptcy Court

<u>Interested Parties</u>:

Patricia M. Mayer, Esq.　　　　　　　　William C. Miller, Esquire
WATERMAN & MAYER, LLC　　　　　　Chapter 13 Standing Trustee
301 Oxford Valley Road, Suite 203B　　　PO Box 40119
Yardley, PA 19067　　　　　　　　　　　Philadelphia, PA   19106

Margaret A. McCluskey
1801 Meadowbrook Road
Feasterville-Trevose, PA   19053