United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Margaret A. McCluskey
        Debtor

Case No. 18-13229-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Stacey　　　　　　Page 1 of 1　　　　　Date Rcvd: Mar 04, 2019
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db　　　　　+Margaret A. McCluskey,    1801 Meadowbrook Road,    Feasterville, PA 19053-3310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        LAUREN S. ZABEL    on behalf of Defendant    DITECH FINANCIAL LLC lzabel@reedsmith.com
        PATRICIA M. MAYER    on behalf of Plaintiff Margaret A. McCluskey patriciamayerpc@gmail.com,
         nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
        PATRICIA M. MAYER    on behalf of Debtor Margaret A. McCluskey patriciamayerpc@gmail.com,
         nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                      TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Margaret A. McCluskey,              :        Chapter 13
        Debtor.                       :
                                                    :        Bankruptcy No. 18-13229jkf

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $3,500.00, of which $2,000.00 has been paid, and reimbursement of $141.15 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $1641.15 to Patricia M. Mayer, Esquire in accordance with the terms of the confirmed plan.

**Date: March 4, 2019**

_____
Ashely M. Chan, Judge
United States Bankruptcy Court

Interested Parties:
Patricia M. Mayer, Esq.
WATERMAN & MAYER, LLC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067

William C. Miller, Esquire
Chapter 13 Standing Trustee
PO Box 40119
Philadelphia, PA   19106

Margaret A. McCluskey
1801 Meadowbrook Road
Feasterville-Trevose, PA   19053