## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Margaret A. Mccluskey aka Meg McCluskey<br>　　　　　　　　<u>Debtor</u><br><br>Ditech Financial LLC<br>　　　　　　　　<u>Movant</u><br>　　vs.<br><br>Margaret A. Mccluskey aka Meg McCluskey<br>　　　　　　　　<u>Debtor</u><br><br>Andre Dregers<br>　　　　　　　　<u>Co-Debtor</u><br><br>William C. Miller, Esquire<br>　　　　　　　　<u>Trustee</u> | CHAPTER 13<br>BK NO: 18-13229 AMC |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to August 12, 2019.

By the court:

Dated: **July 12, 2019**

_____
United States Bankruptcy Judge