UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :      Chapter 13
          Margaret A. McCluskey,          :      Bankruptcy No. 18-13229amc
               Debtor.                    :

## CERTIFICATION OF NO OBJECTION

    I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request

for hearing or other response was received to the Debtor's Motion to Modify Plan

Post-Confirmation filed by Attorney for Debtor within the time period allowed by law.


     /s/ Patricia M. Mayer                                
Patricia M. Mayer, Esquire
PATRICIA M. MAYER, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215) 493-4300
Counsel for Debtor

Dated:    July 16, 2019