If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

Undeliverable Address:
AmeriCredit Financial Services, Inc. dba GM Financ

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 183853
Arlington, TX 76096

_Patricia M. Mayer_                           1-10-2018
Signature of Debtor or Debtor's Attorney     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2