UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :      Chapter 13
    Margaret A. McCluskey                         :
                                                    :      Bankruptcy No. 18-13229amc
        Debtor.                                 :

## ORDER

**AND NOW**, this 22nd day of July, 20 19, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $1,500.00 of which $0.00 has been paid, and reimbursement of $104.00 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee, is hereby authorized to pay $1,604.00 to Patricia M. Mayer, Esquire upon receipt of this Order.

                                                  Ashely M. Chan, Judge
                                                  United States Bankruptcy Court