UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :        Chapter 13
    Margaret A. McCluskey,        :        Bankruptcy No. 18-13229amc
        Debtor.               :        **HEARING DATE: 07/30/19, 10a.m.**
                            :        **COURTROOM NO. 4**

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN
### <ins>CHAPTER 13 PLAN POST-CONFIRMATION</ins>

       **AND NOW**, this <ins>30th</ins> day of <ins>July</ins>, 2019 upon consideration of the Debtor's Motion to Modify her Chapter 13 Plan Post-Confirmation and any response filed thereto and for good cause shown,

       **IT IS HEREBY ORDERED** that Debtor's Motion is **GRANTED** and the Debtor's Second Amended Chapter 13 Plan as filed on June 24, 2019 is **CONFIRMED**.

_____
Ashely M. Chan, Judge
United States Bankruptcy Court