United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-13229-amc
Margaret A. McCluskey                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1            Date Rcvd: Jul 30, 2019
                            Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
db             +Margaret A. McCluskey,    1801 Meadowbrook Road,    Feasterville, PA 19053-3310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 31 2019 02:51:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2019 02:50:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2019 02:51:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          LAUREN S. ZABEL    on behalf of Defendant    DITECH FINANCIAL LLC lzabel@reedsmith.com
          PATRICIA M. MAYER    on behalf of Debtor Margaret A. McCluskey patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          PATRICIA M. MAYER    on behalf of Plaintiff Margaret A. McCluskey patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :    Chapter 13
    Margaret A. McCluskey,                      :    Bankruptcy No. 18-13229amc
      Debtor.                                       :    **HEARING DATE: 07/30/19, 10a.m.**
                                                                 :    **COURTROOM NO. 4**

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN
## CHAPTER 13 PLAN POST-CONFIRMATION

      **AND NOW**, this  30th  day of  July            , 2019 upon consideration of the Debtor's Motion to Modify her Chapter 13 Plan Post-Confirmation and any response filed thereto and for good cause shown,

      **IT IS HEREBY ORDERED** that Debtor's Motion is **GRANTED** and the Debtor's Second Amended Chapter 13 Plan as filed on June 24, 2019 is **CONFIRMED**.

_____
Ashely M. Chan, Judge
United States Bankruptcy Court