**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Margaret A. Mccluskey aka Meg McCluskey<br>Debtor(s) | Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>v.<br>Margaret A. Mccluskey aka Meg McCluskey<br>Debtor(s) | NO. 18-13229 AMC |
| Andre Dregers    Co-Debtor | |
| William C. Miller    Trustee | |

**ORDER**

AND NOW, this _____ day of _____, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 18, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1801 Meadowbrook Road Feasterville, PA 19053.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 9, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Margaret A. Mccluskey aka Meg McCluskey
1801 Meadowbrook Road
Feasterville, PA 19053

Andre Dregers
1801 Meadowbrook Road
Feasterville, PA 19053

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Howard Gershman Esquire
610 York Road, Suite 200
Jenkintown, PA 19046

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532