```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-13229-amc
Margaret A. McCluskey                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1          Date Rcvd: Apr 09, 2020
                            Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db            +Margaret A. McCluskey,   1801 Meadowbrook Road,   Feasterville, PA 19053-3310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:27     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:29
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 10 2020 04:49:56
               AmeriCredit Financial Services, Inc. dba GM Financ,   4000 Embarcadero Dr.,
               Arlington, TX 76014-4101
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financial Services, Inc. dba GM Financ
cr             New Residential Mortgage LLC,   RAS Crane,   10700 Abbotts Bridge Road, Suite 170,
                UNITED STATES
                                                                                    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              HOWARD  GERSHMAN    on behalf of Debtor Margaret A. McCluskey hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              LAUREN S. ZABEL    on behalf of Defendant    DITECH FINANCIAL LLC lzabel@reedsmith.com
              PATRICIA M. MAYER    on behalf of Plaintiff Margaret A. McCluskey patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Margaret A. Mccluskey aka Meg McCluskey<br>         Debtor(s) | Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>      v.<br>Margaret A. Mccluskey aka Meg McCluskey<br>         Debtor(s) | NO. 18-13229 AMC |
| Andre Dregers   Co-Debtor | |
| William C. Miller   Trustee | |

**ORDER**

AND NOW, this _____ day of _____, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 18, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1801 Meadowbrook Road Feasterville, PA 19053.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 9, 2020**

                     United States Bankruptcy Judge.

cc: See attached service list

Margaret A. Mccluskey aka Meg McCluskey
1801 Meadowbrook Road
Feasterville, PA 19053

Andre Dregers
1801 Meadowbrook Road
Feasterville, PA 19053

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Howard Gershman Esquire
610 York Road, Suite 200
Jenkintown, PA 19046

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532