**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 18-13229-AMC

MARGARET A. MCCLUSKEY

1801 MEADOWBROOK ROAD

FEASTERVILLE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARGARET A. MCCLUSKEY

    1801 MEADOWBROOK ROAD

    FEASTERVILLE, PA 19053

Counsel for debtor(s), by electronic notice only.

    PATRICIA M. MAYER, ESQUIRE
    PATRICIA M. MAYER, PC
    301 OXFORD VALLEY RD - SUITE 203B
    YARDLEY, PA 19067-

                                      /S/ William C. Miller

Date: 5/26/2020                                  _____

                                                   William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee