IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARGARET A. MCCLUSKEY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL ) | Case No.: 18-13229 (AMC) |
| **Moving Party** ) | |
| ) | |
| v. ) | Hearing Date:  6-9-20 at 11:00 AM |
| ) | |
| MARGARET A. MCCLUSKEY ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about June 11, 2020 in the above matter is APPROVED.

Dated: **June 12, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE