United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Margaret A. McCluskey  
    Debtor

Case No. 18-13229-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR    Page 1 of 1    Date Rcvd: Jun 12, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.  
db         +Margaret A. McCluskey,   1801 Meadowbrook Road,   Feasterville, PA 19053-3310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 13 2020 03:47:18  
          AmeriCredit Financial Services, Inc. dba GM Financ,   4000 Embarcadero Dr.,   Arlington, TX 76014-4101  
                                                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr          AmeriCredit Financial Services, Inc. dba GM Financ  
                                                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        HAROLD N. KAPLAN   on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com  
        HOWARD GERSHMAN   on behalf of Debtor Margaret A. McCluskey hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
        JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
        KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        LAUREN S. ZABEL   on behalf of Defendant   DITECH FINANCIAL LLC lzabel@reedsmith.com  
        PATRICIA M. MAYER   on behalf of Plaintiff Margaret A. McCluskey patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARGARET A. MCCLUSKEY<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL<br>**Moving Party** | )<br>) Case No.: 18-13229 (AMC)<br>)<br>) |
| v. | ) **Hearing Date: 6-9-20 at 11:00 AM**<br>) |
| MARGARET A. MCCLUSKEY<br>**Respondent(s)** | )<br>) 11 U.S.C. 362<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about June 11, 2020 in the above matter is APPROVED.

Dated: **June 12, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE