**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MARGARET A. MCCLUSKEY

Chapter 13

Debtor

Bankruptcy No. 18-13229-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: July 21, 2020

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PATRICIA M. MAYER, ESQUIRE  
PATRICIA M. MAYER, PC  
301 OXFORD VALLEY RD - SUITE 203B  
YARDLEY, PA 19067-

Debtor:  
MARGARET A. MCCLUSKEY

1801 MEADOWBROOK ROAD

FEASTERVILLE, PA 19053