```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 18-13229-amc
Margaret A. McCluskey                                               Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: SaraR              Page 1 of 2              Date Rcvd: Jul 21, 2020
                              Form ID: pdf900          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.

```
db          +Margaret A. McCluskey,    1801 Meadowbrook Road,    Feasterville, PA 19053-3310
14166588    +Bucks County Water and Sewer Authority,    1275 Almshouse Road,    Warrington, PA 18976-1209
14107159    +David Fein, Esquire,    KMLLaw Group, P.C.,    701Market St., Ste. 5000,
              Philadelphia, PA 19106-1541
14168014     Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
14107161    +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
14450600     New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14174196    +Patricia M. Mayer, Esquire,    301 Oxford Valley Rd., Ste. 203B,    Yardley, PA 19067-7708
14107163    +St. Mary Medical Center,    c/o Wakefield & Associates,    7005 Middlebrook Pike,
              Knoxville, TN 37909-1156
14107164    +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
14107165    +Trumark Financial Credit Union,    335 Commerce Drive,    Attn: Bankruptcy Dept.,
              Ft. Washington, Pa 19034-2712
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:26     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:31:06     Pennsylvania Department of Revenue,
              Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2020 04:31:13     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47
              AmeriCredit Financial Services, Inc. dba GM Financ,    4000 Embarcadero Dr.,
              Arlington, TX 76014-4101
14112064     E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47
              Americredit Financial Services, Inc.,    Dba GM Financial,    P.O. Box 183853,
              Arlington, TX 76096
14107158    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 22 2020 04:33:04     Capital One,
              PO Box 30285,    Salt Lake City, UT 84130-0285
14107162     E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47     GM Financial,
              PO Box 78143,    Phoenix, AZ 85062-8143
14164868    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 22 2020 04:31:07     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14166118    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2020 04:31:11     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AmeriCredit Financial Services, Inc. dba GM Financ
cr           New Residential Mortgage LLC,    RAS Crane,    10700 Abbotts Bridge Road, Suite 170,
              UNITED STATES
14130382*   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
              P.O. Box 183853,    Arlington, TX 76096)
14107160    ##Ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
                                                                                 TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: SaraR                 Page 2 of 2                   Date Rcvd: Jul 21, 2020
                                  Form ID: pdf900             Total Noticed: 19
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              HOWARD  GERSHMAN    on behalf of Debtor Margaret A. McCluskey hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              LAUREN S. ZABEL    on behalf of Defendant    DITECH FINANCIAL LLC lzabel@reedsmith.com
              PATRICIA M. MAYER    on behalf of Plaintiff Margaret A. McCluskey patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> MARGARET A. MCCLUSKEY | Chapter 13 |
| Debtor | Bankruptcy No. 18-13229-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: July 21, 2020

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PATRICIA M. MAYER, ESQUIRE
PATRICIA M. MAYER, PC
301 OXFORD VALLEY RD - SUITE 203B
YARDLEY, PA 19067-

Debtor:
MARGARET A. MCCLUSKEY

1801 MEADOWBROOK ROAD

FEASTERVILLE, PA 19053